Form cxdsch7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Paul E Creager
1922 Paul St.
Ottawa, IL 61350
SSN: xxx−xx−1883 EIN: N.A.

Case No. :   08−17130
Chapter :   7
Judge :     Bruce W. Black

---

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

                                   FOR THE COURT

Dated: December 8, 2008                        <u>Kenneth S. Gardner, Clerk</u>
                                                                United States Bankruptcy Court