Form cxdsch7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Paul E Creager
1922 Paul St.
Ottawa, IL 61350
SSN: xxx−xx−1883 EIN: N.A.

Case No. :  08−17130
Chapter :  7
Judge :    Bruce W. Black

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: December 8, 2008

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mjerdine              Page 1 of 1                  Date Rcvd: Dec 08, 2008
Case: 08-17130                 Form ID: cxdsch7            Total Served: 15

The following entities were served by first class mail on Dec 10, 2008.
db           +Paul E Creager,    1922 Paul St.,    Ottawa, IL 61350-1544
aty          +Stephen J West,    Law Offices Of Stephen J West,    628 Columbus Dr Rm 102,
               Ottawa, IL 61350-2933
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
12381506     +Central IL Radiological Assoc.,    % Oliver Adjustment Company, Inc.,    PO Box 371100,
               Milwaukee, WI 53237-2200
12381507      Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
12381509     +Donald and JoAnne Dardis,    % Lisa A. Coffey, Atty.,    5 West Merchants Dr.,
               Oswego, IL 60543-9456
12381510     +Image Uniforms, Inc.,    205 W. Etna Rd.,    Ottawa, IL 61350-5611
12381511     +Midwest Orthopaedic Center,    % Bret S. Babcock,    411 Hamilton Blvd., Ste. 1720,
               Peoria, IL 61602-1194
12381512     +National Check Trust Inc.,    % Adam Jeffrey Katz, PA,    PO Box 260190,
               Pembroke Pines, FL 33026-7190
12381513     +OSF Healthcare Systems Inc d/b/a,    St. Francis Med Ctr% Koth & Gregory,    420 N Main St,
               Bloomington, IL 61701-3979
12381514     +Sprint,    % Diversified Adjustment Service,    PO Box 32145,    Fridley, MN 55432-0145
12381515     +St. Francis Medical Center,    530 NE Glen Oak Ave.,    Peoria, IL 61637-0002
12381516     +State Farm Insurance,    % John Fleming, Fleming & Umland,    411 Hamilton, Ste. 1518,
               Peoria, IL 61602-1185
12381517     +US Department of Labor -OSHA,    Delinquent Accounts Collection,    P.O. Box 2422,
               Washington, DC 20013-2422
12381518     +Waste Management Commercial,    % RMA,    PO Box 523,    Richfield, OH 44286-0523
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12381508*     Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
                                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2008**                                   **Signature:** _Joseph Speetjens_